PETER DIXON, SB# 39063
ALEX GRAFT, SB# 239647
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants PRETI FLAHERTY BELIEVEAU PACHIOS & HALEY, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN INMAN, AN INDIVIDUAL; RICHARD INMAN, AN INDIVIDUAL; DIANE INMAN, AN INDIVIDUAL; AND JUNGLE PULSE, INC., A CALIFORNIA CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JUNGLE QUEST FRANCHISING, LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, DOUGLAS W. ROOT, AND PRETI FLATHERTY BELIEVEAU PACHIOS & HALEY, LLP,<br><br>Defendants. | CASE NO. C09 5584<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING RESPONSES TO PLAINTIFFS' COMPLAINT<br><br>FILE DATE:   November 24, 2009<br>TRIAL DATE: Not Set Yet |

**TO THIS HONORABLE COURT:**

SUBJECT TO COURT APPROVAL, Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. ("PLAINTIFFS"), Defendants JUNGLE QUEST FRANCHISING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY and DOUGLAS W. ROOT (collectively "JUNGLE QUEST"), and Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP ("PRETI") (collectively "the Parties"), through their respective attorneys of record, HEREBY STIPULATE AS FOLLOWS:

4810-5669-2741.1

STIPULATION RE RESPONSE TO COMPLAINT

1   WHEREAS, PLAINTIFFS filed their Complaint in the above Court on November 24,
2   2009 ("Complaint") alleging causes of action for alleged violation of California franchise
3   investment law, fraud and deceit, negligent misrepresentation, and breach of contract against
4   JUNGLE QUEST, a cause of action for negligence against PRETI, and causes of action for
5   alleged violation of the California unfair business practices law and for declaratory relief against
6   all the Defendants.

7   WHEREAS, the Parties are interested in exploring the possibility of early resolution which
8   would be more meaningful if pursued in advance of responses being filed to the Complaint.

9   BASED UPON THE FOREGOING, the Parties hereto, HEREBY STIPULATE that the
10  deadline to file a responsive pleading to the Complaint on behalf of both JUNGLE QUEST and
11  PRETI shall be extended to March 12, 2010 to allow the Parties sufficient time to explore possible
12  resolution.

13  This stipulation may be executed by facsimile in counterparts.

15  **IT IS SO STIPULATED.**

17  DATED: January 29, 2010            LEWIS BRISBOIS BISGAARD & SMITH LLP

20                                      By _____
                                        Peter Dixon
                                        Attorneys for Defendants PRETI
21                                      FLAHERTY BELIEVEAU PACHIOS &
                                        HALEY, LLP

23  DATED: January ___, 2010           WHEELER, TRIGG, O'DONNELL LLP

26                                      By _____
                                        Sean Baker
27                                      Attorneys for Defendants JUNGLE QUEST

LEWIS, D'AMATO, BRISBOIS & BISGAARD, LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

|   |   |
|---|---|
|   | FRANCHISING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY and DOUGLAS W. ROOT |

**[Signatures Continue on Following Page]**

DATED: January ___, 2010         LAGARIUS & BOULTER, LLP

By _____
Robert S. Boulter
Attorneys for Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Defendants JUNGLE QUEST FRANCHISING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY and DOUGLAS W. ROOT response to Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint shall be filed with this Court by March 12, 2010.

2. Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP response to Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint shall also be filed with this Court by March 12, 2010.

Dated: 2/3/10

_____
Hon. Claudia Wilken

LEWIS, D'AMATO, BRISBOIS & BISGAARD, LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4810-5669-2741.1                    3
STIPULATION RE RESPONSE TO COMPLAINT