ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
pcl@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN INMAN, AN INDIVIDUAL; RICHARD INMAN, AN INDIVIDUAL; DIANE INMAN, AN INDIVIDUAL; AND JUNGLE PULSE, INC., A CALIFORNIA CORP.<br><br>Plaintiffs,<br><br>v.<br><br>JUNGLE QUEST FRANCHISING, LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, DOUGLAS W. ROOT, AND PRETI FLAHERTY BELIEVEAU PACHIOS & HALEY, LLP<br><br>Defendants. | **CASE NO.  4:09-cv-05584-CW**<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING RESPONSES TO PLAINTIFFS' COMPLAINT<br><br>FILE DATE: November 24, 2009<br>TRAIL DATE: Not Set Yet |

1

STIP. AND ORDER EXTENDING RESPONSE DEADLINES- CASE NO.  4:09-cv-05584-CW

# ORDER

Having considered the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendants JUNGLE QUEST FRANCHISING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY and DOUGLAS W. ROOT response to Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint shall be filed with this Court by April 2, 2010.

2. Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP response to Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint shall also be filed with this Court by April 2, 2010.

Dated: 3/22/2010

_____
Hon. Claudia Wilken
United States District Judge