1  SEAN D. BAKER CO BAR # 25949
   ANDREW M. UNTHANK, CO BAR #36832
2  **WHEELER TRIGG O'DONNELL LLP**
   1801 California Street, Suite 3600
3  Denver, Colorado 80202
   Telephone:  (303) 244-1800
4  Facsimile:  (303) 244-1879

5  Attorneys for Defendants Defendants
   *Admitted Pro Hac Vice*

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  Ian Inman, an individual; Richard Inman, an   CASE NO. C 09-05584 CW
    individual; Diane Inman, an individual; and
13  Jungle Pulse, Inc., a California Corp.,        **ORDER GRANTING STIPULATION TO**
                                                   **EXTEND THE DEADLINE FOR FILING**
14              Plaintiffs,                        **RESPONSES TO PLAINTIFFS'**
                                                   **COMPLAINT**
15        vs.

16  Jungle Quest Franchising, LLC; William E.      JUDGE:   Hon. Claudia Wiken
    Gabbard; Kevin P. Hein; James S. Molloy;
17  Douglas W. Root; and Preti Flatherty           FILE DATE:  March 22, 2010
    Believeau Pachios & Halley, LLP,               TRIAL DATE:  Not Set Yet
18
                Defendants.
19

20

21        Having considered the foregoing Stipulation, and good cause appearing therefore **IT IS**

22  **HEREBY ORDERED** that:

23        1.      Defendants JUNGLE QUEST FRANCHING LLC, WILLIAM E. GABBARD,

24  KEVIN P. HEIN, JAMES S. MOLLOY, and DOUGLAS W. ROOT's response to Plaintiffs

25  IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint

26  shall be filed with this Court by April 16, 2010.

27

28  **ORDER GRANTING STIPULATION TO EXTEND**
    **THE DEADLINE FOR FILING RESPONSES TO**
    **PLAINTIFFS' COMPLAINT**

2.      Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP's response to Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC.'s Complaint shall also be filed with this Court by April 16, 2010.

Dated:  3/25/2010

_____
Hon. Claudia Wilken

**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR FILING RESPONSES TO PLAINTIFFS' COMPLAINT**