1 | SEAN D. BAKER CO BAR # 25949
ANDREW M. UNTHANK, CO BAR #36832
2 | **WHEELER TRIGG O'DONNELL LLP**
1801 California Street, Suite 3600
3 | Denver, Colorado 80202
Telephone:  (303) 244-1800
4 | Facsimile:  (303) 244-1879

5 | Attorneys for Defendants Jungle Quest Franchising, LLC;
William E. Gabbard; Kevin P. Hein; James S. Molloy; and
6 | Douglas W. Root
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Ian Inman, an individual; Richard Inman, an individual; Diane Inman, an individual; and Jungle Pulse, Inc., a California Corp., | CASE NO. C 09-05584 CW |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR CONDITIONAL DISMISSAL AND VACATION OF ALL PENDING CASE MANAGEMENT DEADLINES *AS TO CERTAIN DEFENDANTS*** |
| vs. | |
| Jungle Quest Franchising, LLC; William E. Gabbard; Kevin P. Hein; James S. Molloy; Douglas W. Root; and Preti Flatherty Believeau Pachios & Halley, LLP, | JUDGE:  Hon. Claudia Wiken |
| Defendants. | FILE DATE:  April _____, 2010
TRIAL DATE:  Not Set Yet |

Having considered the Stipulation for Conditional Dismissal and Vacation of All Pending Case Management Deadlines, and good cause appearing therefore **IT IS HEREBY ORDERED** that:

1.  The Stipulation for Conditional Dismissal and Vacation of all Pending Case Management Deadlines between Defendants JUNGLE QUEST FRANCHING LLC, WILLIAM

**ORDER GRANTING STIPULATION TO EXTEND
THE DEADLINE FOR FILING RESPONSES TO
PLAINTIFFS' COMPLAINT**

1  E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, and DOUGLAS W. ROOT
2  (collectively "JUNGLE QUEST"), on the one hand, and Plaintiffs IAN INMAN, RICHARD
3  INMAN, DIANE INMAN, and JUNGLE PULSE, INC. (collectively "PLAINTIFFS"), on the
4  other hand, is **GRANTED**.

5      2.    JUNGLE QUEST's current response deadline of April 16, 2010 and all other
6  pending case management deadlines **as to Jungle Quest** are hereby **VACATED**.

7      3.    In the event the Parties do not file a Stipulation of Dismissal With Prejudice
8  dismissing PLAINTIFFS' causes of action against JUNGLE QUEST within 60 days following
9  the entry of this ORDER, the case as between PLAINTIFFS and JUNGLE QUEST shall be
10 reinstated, and the Parties shall jointly contact the Court to re-set JUNGLE QUEST's response
11 deadline and all other case management deadlines.

12     4.    This Order of Conditional dismissal does not dismiss PLAINTIFFS' claims
13 against Prety Flatherty Believeau Pachios & Halley, LLP, and the Case Management
14 Conference set for 4/27/10 remains on calendar as to this defendant.

16 Dated: 4/13/2010

18 Hon. Claudia Wilken

28 **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR FILING RESPONSES TO PLAINTIFFS' COMPLAINT**

- 2 -