PETER DIXON, SB# 39063
ALEX GRAFT, SB# 239647
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants PRETI FLAHERTY
BELIEVEAU PACHIOS & HALEY, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN INMAN, AN INDIVIDUAL; RICHARD INMAN, AN INDIVIDUAL; DIANE INMAN, AN INDIVIDUAL; AND JUNGLE PULSE, INC., A CALIFORNIA CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JUNGLE QUEST FRANCHISING, LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, DOUGLAS W. ROOT, AND PRETI FLATHERTY BELIEVEAU PACHIOS & HALEY, LLP,<br><br>Defendants. | CASE NO. C09 5584<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL AND VACATION OF ALL PENDING CASE MANAGEMENT DEADLINES<br><br><br>FILE DATE:  November 24, 2009<br>TRIAL DATE: Not Set Yet<br><br>**Hon. Claudia Wilkin** |

**TO THIS HONORABLE COURT:**

SUBJECT TO COURT APPROVAL, Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. ("PLAINTIFFS"), and Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP ("PRETI") (collectively "the Parties"), through their respective attorneys of record, HEREBY STIPULATE AS FOLLOWS:

1  WHEREAS, PLAINTIFFS filed their Complaint in this Court on November 24, 2009
2  ("Complaint") alleging causes of action for violations of the California franchise investment law
3  and the California unfair business practices law, fraud and deceit, negligent misrepresentation,
4  breach of contract, and for declaratory relief against Defendants JUNGLE QUEST
5  FRANCHING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, and
6  DOUGLAS W. ROOT (collectively "JUNGLE QUEST") and causes of action for negligence,
7  negligent mispresentation, unfair business practices and declaratory relief against PRETI.

8  WHEREAS, the PLAINTIFFS and JUNGLE QUEST have reached an agreement to
9  settle the causes of action asserted by PLAINTIFFS against JUNGLE QUEST in the Complaint
10  and that settlement is contingent upon JUNGLE QUEST's payment of certain settlement
11  proceeds and certain other conditions.

12  WHEREAS, the PLAINTIFFS and PRETI have also reached an agreement in which the
13  Plaintiffs will conditionally dismiss their action against PRETI, which dismissal will become
14  final on the settlement with JUNGLE QUEST becoming final.

15  WHEREAS the Parties have agreed to a conditional dismissal of this matter without
16  prejudice. This dismissal is subject to the following alternative conditions:

17  (1)  Should the settlement between PLAINTIFFS and JUNGLE QUEST conclude,
18       PLAINTIFFS will file a stipulation for dismissal of its causes of action against
19       PRETI upon receipt of the settlement proceeds in accordance with the terms of
20       the settlement agreement with JUNGLE QUEST;

21  (2)  Should the settlement between PLAINTIFFS and JUNGLE QUEST fail, the case
22       as between PLAINTIFFS and PRETI shall be reinstated to the Court's docket
23       within 60 days following this Court's entry of its order approving this
24       Stipulation.

25  WHEREAS, the parties have agreed to vacate current response deadlines and all other
26  case management deadlines. Should the settlement fail, the case as between PLAINTIFFS and
27  PRETI shall be reinstated to the Court's docket pursuant to the conditions described above, at
28

stipulation and [proposed] order for conditional
dismissal and vacation of all pending case
management deadlines                - 2 -

which time the Parties will jointly contact the Court to re-set the response deadline and all other necessary case management deadlines.

IT IS SO STIPULATED.

DATED: April 20, 2010          Respectfully submitted,

                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                     By_____
                                         Alex Graft
                                         Attorneys for Preti

DATED: April 20, 2010          LAGARIAS & BOULTER, LLP

                                     By_____
                                       Robert S. Boulter
                                       Attorneys for Plaintiffs IAN INMAN, RICHARD
                                       INMAN, DIANE INMAN, AND JUNGLE PULSE, INC.

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore **IT IS HEREBY ORDERED** that:

      1.      The Stipulation for Conditional Dismissal and Vacation of all Pending Case Management Deadlines between **Defendant PRETI, FLAHERTY, BELIEVEAU, PACHIOS & HALEY, LLP**, on the one hand, and Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. (collectively "PLAINTIFFS"), on the other hand, is **GRANTED**.

      2.      All pending case management and other deadlines are hereby **VACATED**.

      3.      In the event the Parties do not file a Stipulation of Dismissal With Prejudice dismissing PLAINTIFFS' causes of action against PRETI within 60 days following the entry of

stipulation and [proposed] order for conditional
dismissal and vacation of all pending case
management deadlines           - 3 -

this ORDER, the case as between PLAINTIFFS and PRETI shall be reinstated, and the Parties shall jointly contact the Court to re-set PRETI's response deadline and all other case management deadlines.

Dated:   4/22/2010

_____
Hon. Claudia Wilkin

stipulation and [proposed] order for conditional
dismissal and vacation of all pending case
management deadlines                - 4 -

**FEDERAL COURT PROOF OF SERVICE**
*Inman, et al. v. Jungle Quest Franchising, LLC, et al.*
U.S.D.C., Northern District, Case No. C 09 5584

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 21, 2010, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL AND VACATION OF ALL PENDING CASE MANAGEMENT DEADLINES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Counsel for Plaintiffs | Counsel for Defendants JUNGLE QUEST FRANCHISING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY and DOUGLAS W. ROOT |
|---|---|
| Robert S. Boulter, Esq.<br>Peter C. Lagarias, Esq.<br>LAGARIAS & BOULTER, LLP<br>1629 Fifth Avenue<br>San Rafael, CA 94901-1828<br>T: (415) 460-0100; F: (415) 460-1099<br>rsb@lb-attorneys.com<br>pcl@lb-attorneys.com | Sean Baker, Esq.<br>Andrew Unthank, Esq.<br>Wheeler, Trigg, O'Donnell, LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202-2617<br>T: (303) 244-1600; F; (303) 244-1879<br>baker@wtotrial.com<br>unthank@wtotrial.com |

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]   Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 21, 2010, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham

LEWIS BRISBOIS BISGAARD & SMITH LLP

4817-2837-1205.1