SEAN D. BAKER CO BAR # 25949
ANDREW M. UNTHANK, CO BAR #36832
**WHEELER TRIGG O'DONNELL LLP**
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendants Jungle Quest Franchising, LLC;
William E. Gabbard; Kevin P. Hein; James S. Molloy; and
Douglas W. Root
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Inman, an individual; Richard Inman, an individual; Diane Inman, an individual; and Jungle Pulse, Inc., a California Corp., <br><br> Plaintiffs, <br><br> vs. <br><br> Jungle Quest Franchising, LLC; William E. Gabbard; Kevin P. Hein; James S. Molloy; Douglas W. Root; and Preti Flatherty Believeau Pachios & Halley, LLP, <br><br> Defendants. | CASE NO. C 09-05584 CW <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE <br><br> JUDGE: Hon. Claudia Wilken <br><br> FILE DATE: April 26, 2010 <br> TRIAL DATE: Not Set Yet |

**TO THIS HONORABLE COURT:**

SUBJECT TO COURT APPROVAL, Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. ("PLAINTIFFS") Defendants JUNGLE QUEST FRANCHING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, and DOUGLAS W. ROOT (collectively "JUNGLE QUEST") (collectively "the Parties"), through their respective attorneys of record, HEREBY STIPULATE AS FOLLOWS:

1  WHEREAS, PLAINTIFFS filed their Complaint in this Court on November 24, 2009 ("Complaint") alleging causes of action for violations of the California franchise investment law and the California unfair business practices law, fraud and deceit, negligent misrepresentation, breach of contract, and for declaratory relief against JUNGLE QUEST.

WHEREAS, the PLAINTIFFS and JUNGLE QUEST have reached an agreement to settle the causes of action asserted by PLAINTIFFS against JUNGLE QUEST in the Complaint.

WHEREAS, the Parties have agreed to a dismissal of this matter with prejudice.

This Stipulation of Dismissal does not dismiss PLAINTIFFS' claims against Preti Flatherty Believeau Pachios & Halley, LLP.

IT IS SO STIPULATED.

DATED: April 23, 2010

Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP

By _____
Andrew M. Unthank
Attorneys for JUNGLE QUEST FRANCHISING LLP, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MALLOY AND DOUGLAS W. ROOT

DATED: April 26, 2010

LAGARIUS & BOULTER, LLP

By _____
Robert S. Boulter
Attorneys for Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, AND JUNGLE PULSE, INC.

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE                - 2 -

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore **IT IS HEREBY ORDERED** that:

1. The Stipulation for Dismissal With Prejudice between Defendants JUNGLE QUEST FRANCHING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, and DOUGLAS W. ROOT (collectively "JUNGLE QUEST"), on the one hand, and Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. (collectively "PLAINTIFFS"), on the other hand, is **GRANTED**, and PLAINTIFFS' claims against JUNGLE QUEST are hereby **DISMISSED WITH PREJUDICE**.

2. This Order of Dismissal With Prejudice does not dismiss PLAINTIFFS' claims against Preti Flatherty Believeau Pachios & Halley, LLP.

Dated: 4/30/2010

_____
Hon. Claudia Wilkin