SEAN D. BAKER CO BAR # 25949
ANDREW M. UNTHANK, CO BAR #36832
**WHEELER TRIGG O'DONNELL LLP**
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879

Attorneys for Defendants Jungle Quest Franchising, LLC;
William E. Gabbard; Kevin P. Hein; James S. Molloy; and
Douglas W. Root
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Inman, an individual; Richard Inman, an individual; Diane Inman, an individual; and Jungle Pulse, Inc., a California Corp., <br><br> Plaintiffs, <br><br> vs. <br><br> Jungle Quest Franchising, LLC; William E. Gabbard; Kevin P. Hein; James S. Molloy; Douglas W. Root; and Preti Flatherty Believeau Pachios & Halley, LLP, <br><br> Defendants. | CASE NO. C 09-05584 CW <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> JUDGE:   Hon. Claudia Wilken <br><br> FILE DATE:  April _____, 2010 <br> TRIAL DATE:  Not Set Yet |

Having considered the Stipulation for Dismissal With Prejudice, and good cause appearing therefore **IT IS HEREBY ORDERED** that:

1. The Stipulation for Dismissal With Prejudice between Defendants JUNGLE QUEST FRANCHING LLC, WILLIAM E. GABBARD, KEVIN P. HEIN, JAMES S. MOLLOY, and DOUGLAS W. ROOT (collectively "JUNGLE QUEST"), on the one hand, and

**ORDER GRANTING STIPULATION TO EXTEND
THE DEADLINE FOR FILING RESPONSES TO
PLAINTIFFS' COMPLAINT**

Plaintiffs IAN INMAN, RICHARD INMAN, DIANE INMAN, and JUNGLE PULSE, INC. (collectively "PLAINTIFFS"), on the other hand, is **GRANTED**, and PLAINTIFFS' claims against JUNGLE QUEST are hereby **DISMISSED WITH PREJUDICE**.

    2.    This Order of Dismissal With Prejudice does not dismiss PLAINTIFFS' claims against Prety Flatherty Believeau Pachios & Halley, LLP.

Dated: 4/30/2010

_____
Hon. Claudia Wilken

**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR FILING RESPONSES TO PLAINTIFFS' COMPLAINT**

- 2 -